## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | |
|---|---|
| IN RE: | |
| Michael Lynn Oglesbee, Sr.<br>and<br>Rachel Dawn Oglesbee<br>Debtor(s) | CASE NO.: 09-10121-RLJ-13<br><br>HEARING DATE: March 26, 2014<br>HEARING TIME: 11:00 AM |

### DEBTOR CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Michael Lynn Oglesbee, Sr.
Debtor

/s/Rachel Dawn Oglesbee
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON March 26, 2014 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON March 26, 2014 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: February 13, 2014

/s/Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 09-10121-rlj13<br>Northern District of Texas<br>Abilene<br>Wed Feb 12 12:26:01 CST 2014 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| B-Line, LLC<br>P.O. Box 91121<br>Dept. 550<br>SEATTLE, WA 98111-9221 | Beneficial-hfc<br>Attn: Bankruptcy<br>961 Weigel Dr<br>Elmhurst, IL 60126-1029 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CR Evergreen, L.L.C.<br>PO Box 91121<br>MS 550<br>Seattle, WA 98111-9221 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Chase - Cc<br>Attention: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Student Loan Servicing, LLC<br>PO Box 523<br>Madison, MS 39130-0523 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citifinancial Retail Services<br>PO Box 140489<br>Irving, TX 75014-0489 |
| ECMC<br>P.O. Box 75906<br>Saint Paul, MN 55175-0906 | East Bay Funding, LLC<br>CO Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | G M A C<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| GE Consumer Finance<br>For GE Money Bank<br>dba HOME DSGN - OUTDOOR LIVING-GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 | Gemb-home Design-outdo<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb-jcp<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 |
| Homeprjvisa<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lack's Stores, Inc.<br>P.O. Box 2088<br>Victoria, TX 77902-2088 |
| Larry Bunselmeyer<br>1128 Englewood<br>Clyde, TX 79510-4445 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Mil Star<br>Attention: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75265-0062 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | NATIONAL CITY MORTGAGE CO.<br>A Subsidiary of National City Bank<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342-5421 |
| National City Mortgage<br>Attn: Bankruptcy Dept<br>3232 Newmark Dr.<br>Miamisburg, OH 45342-5421 | PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Citibank<br>POB 41067<br>NORFOLK VA 23541-1067 |

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Quality Cooling & Heating
PO Box 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Sears Mc
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC as agent for
Beneficial Texas Inc.
PO Box 12907
Norfolk VA 23541-0907

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rnb-fields3
PO Box 9475
Minneapolis, MN 55440-9475

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Sears-cbsd
Sears Bankruptcy Recovery
7920 NW 110th St
Kansas City, MO 64153-1270

Suntrust Mortgage-cc 5
Attention: RVW3034
1001 Semmes Ave
Richmond, VA 23224-2245

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Taylor CAD
CO Michael Reed
P O Box 1269
Round Rock, TX 78680-1269

Taylor Co. Central Appraisal District
1534 South Treadaway Blvd
Abilene, TX 79602-4927

Texas Guaranteed Student Loan Corporation, I
301 Sundance Parkway
Round Rock, Texas 78681-8004

Thd-cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Tnb-visa
PO Box 9475
Minneapolis, MN 55440-9475

USAA
P.O. Box 829009
Dallas, TX 75382-9009

USAA FEDERAL SAVINGS BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

USAA Federal Savings Bank
10750 McDermott Fwy
San Antonio, TX 78288-1600

Victorias Secret
PO Box 182273
Columbus, OH 43218-2273

Wells Fargo Financial National Bank
4137 121st Street
Urbandale IA 50323-2310

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 35480
Newark, NJ 07193-5480

Michael Lynn Oglesbee Sr.
3524 Highland Ave.
Abilene, TX 79605-7028

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Rachel Dawn Oglesbee
3524 Highland Ave.
Abilene, TX 79605-7028

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAPITAL ONE BANK -USA, N.A.
CO TSYS DEBT MANAGEMENT -M
PO BOX 5155
NORCROSS, GA 30091

(d)Capital 1 Bank
Attn: CO TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Citi
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64915

| | | |
|---|---|---|
| (d)Citibank Usa<br>Attn.: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Mazda Amer Cr<br>PO Box 537901<br>Livonia, MI 48153 | Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 26990<br>Austin, TX 78755-0990 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC Mortgage, A Division of PNC Bank NA | (d)B-Line, LLC<br>P.O. Box 91121<br>Dept. 550<br>Seattle, WA 98111-9221 | (d)Chase Student Loan Servicing, LLC<br>P.O. Box 523<br>Madison, MS 39130-0523 |
| (d)ECMC<br>P.O. Box 75906<br>Saint Paul, MN 55175-0906 | (d)East Bay Funding, LLC<br>CO Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (u)Taylor CAD |
| (u)USAA | End of Label Matrix<br>Mailable recipients 53<br>Bypassed recipients 7<br>Total 60 | |